# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARROLL HAAS,** | : | No. 3:13cv898 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| **WILD ACRES LAKES PROPERTY** | : | |
| **AND HOMEOWNERS ASSOCIATION,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 13th day of March 2014, it is hereby ordered as follows:

1) Plaintiff's motion in limine to preclude the Unemployment Compensation Referee's decision denying plaintiff unemployment benefits (Doc. 21) is **GRANTED**.

2) Plaintiff's motion in limine to preclude defendant from asserting evidence that conflicts with the EEOC's factual findings and determination (Doc. 21) is **DENIED** and the parties are precluded from offering the EEOC's letter of determination into evidence at trial.

                                             **BY THE COURT:**


                                             **s/ James M. Munley**
                                             **JUDGE JAMES M. MUNLEY**
                                             **United States District Court**